UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
SALOMON FLORES, :
:
Plaintiff, :
: 20-CV-6420 (VSB)
-against- :
: **ORDER**
JENNIFER ALAN RAM LTD. (D/B/A :
JENNY'S MARKETPLACE), et al., :
:
Defendants. :
:
--------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2020
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 13, 2020, (Doc. 1), and filed an affidavit of service on Defendant Jennifer Alan Ram Ltd. on September 24, 2020, (Doc. 10). The deadline for Defendant to respond to Plaintiff's complaint was October 15, 2020. (*See* Doc. 10.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 9, 2020. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 20, 2020
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge