UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SALOMON FLORES,                                             :
:
                             Plaintiff,         :
:
       -against-                                           :
:
JENNIFER ALAN RAM LTD. (D/B/A                               :
JENNY'S MARKETPLACE), et al.,                               :
:
                            Defendants.       :
:
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/1/2020

20-CV-6420 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 13, 2020, (Doc. 1), and filed an affidavit of service on Defendant Jennifer Alan Ram Ltd. on September 24, 2020, (Doc. 10). The deadline for Defendant Jennifer Alan Ram Ltd to respond to Plaintiff's complaint was October 14, 2020. (*See* Doc. 10.) On October 20, 2020, I issued an order directing Plaintiff to seek a default judgment by November 9, 2020, or risk dismissal. (Doc. 11.) On October 27, 2020, Plaintiff filed affidavits of service on Defendants Michael Sims and Maiz Doe, which showed that Defendants Sims and Doe were served on September 28, 2020. (*See* Docs. 12, 13.) The deadline for Defendants Sims and Doe to respond to Plaintiff's complaint was October 19, 2020. (*Id.*) On November 6, 2020, I extended the time for Defendants to respond to the complaint until November 29, 2020. (Doc. 16.) To date, Defendants have not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than December 21, 2020. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: December 1, 2020
           New York, New York

Vernon S. Broderick
United States District Judge