UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SALOMON FLORES,

                      Plaintiff,

        -against-

JENNIFER ALAN RAM LTD. (D/B/A
JENNY'S MARKETPLACE), et al.,

                      Defendants.
-------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2021
```

20-CV-6420 (VSB)

**ORDER**

<u>VERNON S. BRODERICK, United States District Judge</u>:

      On January 22, 2021, the parties notified me that they intended to pursue a settlement agreement in this action. (Doc. 34.) I accordingly directed the parties to file a joint status update by February 25, 2021. (Doc. 35.) On March 3, 2021, the parties submitted a joint letter request for an additional thirty days to provide an update, as they continued to discuss the prospect of settlement, which I granted. (Doc. 36.) To date, no joint letter update has been filed. Accordingly, it is hereby ORDERED that the parties shall file a joint letter update by on or before June 16, 2021 notifying me of the status of their settlement discussions.

SO ORDERED.

Dated:    June 9, 2021
             New York, New York

                                                            Vernon S. Broderick
                                                             United States District Judge