```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
SALOMON FLORES,                                               :
                                                              :
                              Plaintiff,                      :
                                                              :        20-CV-6420 (VSB)
              -against-                                       :
                                                              :            ORDER
                                                              :
JENNIFER ALAN RAM LTD. (D/B/A JENNY'S                         :
MARKETPLACE), et al.,                                         :
                                                              :
                              Defendants.                     :
                                                              :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/8/2021__

VERNON S. BRODERICK, United States District Judge:

The parties have informed the Court that they have reached a settlement in this Fair Labor Standards Act ("FLSA") case. (Doc. 39.) Parties may not privately settle FLSA claims with prejudice absent the approval of the district court or the Department of Labor. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 200 (2d Cir. 2015). Rather, the parties must satisfy this Court that their settlement is "fair and reasonable." *Velasquez v. SAFI-G, Inc.*, No. 15cv3068, 2015 WL 5915843, at *1 (S.D.N.Y. Oct. 7, 2015).

On June 16, 2021, I ordered the parties to provide me with the terms of the settlement and a joint letter of no more than five (5) pages explaining why they believe the settlement reflects a fair and reasonable compromise of disputed issues by on or before July 15, 2021. (Doc. 40.) On July 17, 2021, counsel requested, and I granted, a thirty-day extension of time to file the settlement agreement and joint letter. (Docs. 42, 43.) On August 17, 2021, I granted counsel's second motion for a fourteen-day extension of time to file the settlement agreement and joint letter. (Docs. 45, 46.) To date, the parties have not filed their settlement agreement or a joint letter for my review, nor have they sought an extension of time to do so. Accordingly, IT IS ORDERED THAT the parties shall file the terms of their settlement agreement and joint letter, or otherwise seek an extension of

time to do so, by on or before September 17, 2021.

SO ORDERED.

Dated:    September 8, 2021  
             New York, New York

_____  
Vernon S. Broderick  
United States District Judge