UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SALOMON FLORES, individually and on behalf of others similarly situated,

                     Plaintiff,

-against-

JENNIFER ALAN RAM LTD (D/B/A JENNY'S MARKETPLACE), MICHAEL SIMS, and MAIZ DOE,

                     Defendants.
-------------------------------------------------------X

**Case** 1:20-cv-06420-VSB

**PLAINTIFFS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT**

TO:   **Stephen D. Hans**
Stephen D. Hans & Associates, P.C.
30-30 Northern Boulevard
Suite 401
Long Island City, NY 11101
718-275-6700
Email: shans@hansassociates.com

       PLEASE TAKE NOTICE that Plaintiff SALOMON FLORES, hereby accept the offer of judgment made by Defendants JENNIFER ALAN RAM LTD (D/B/A JENNY'S MARKETPLACE), MICHAEL SIMS, and MAIZ DOE, pursuant to Rule 68 of the Federal Rules of Civil Procedure, dated September 17, 2021. A true copy of the offer of judgment is annexed hereto as Exhibit A.

Dated: New York, New York
           September 21, 2021

Respectfully submitted,

*Khalil Huey*
Khalil Huey, Esq.
Michael Faillace & Associates, PC
60 East 42nd Street, Suite 4510
New York, NY 10165
Michael@FaillaceLaw.com
212-317-1200

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
SALOMON FLORES, *individually and on behalf of others similarly situated,*

      Plaintiff,

-against-

JENNIFER ALAN RAM LTD (D/B/A JENNY'S MARKETPLACE), MICHAEL SIMS and MAIZ DOE

      Defendants,
----------------------------------------------------------X

Case 1:20-cv-06420-VSB
**OFFER OF JUDGMENT TO SALOMON FLORES PURSUANT TO RULE 68 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

TO: Michael Faillace, Esq.
   Michael Faillace & Associates, PC
   60 East 42nd Street, Suite 4510
   New York, NY 10165
   Michael@FaillaceLaw.com

  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Jennifer Alan Ram, Ltd et al (collectively "Defendants"), jointly and severally, hereby offer to allow judgment to be taken against them by Plaintiff SALOMON FLORES ("Plaintiff") in the above-captioned action in the total sum of Ten Thousand Dollars and No Cents ($10,000.00), payable jointly and severally by Defendants, inclusive of reasonable attorney's fees, costs, and expenses to date of this offer, in full and final settlement of all of Plaintiff claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action.

  This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Defendants or any owner, employee, or agent, either past or present, of the Defendants, or in connection with the facts and circumstances that are the subject of this action.

  This offer of judgment is made for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission of liability by any of the Defendants, or any owner, employee, representative, or agent of any of the Defendants; nor is it an admission that Plaintiff suffered any damages.

  Acceptance of this offer of judgment will act to release and discharge Defendants, their respective successors or assigns, as well as all past and present owners, employees, representatives, and agents of the Defendants from any and all claims that were or could have been alleged by Plaintiff in the above-referenced action. Acceptance of this offer of judgment also will operate to waive Plaintiff's rights to any claim for interest on the amount of the judgment.

In order for Plaintiff to accept this offer, Plaintiff must serve written notice of acceptance upon Defendants within fourteen (14) days after service of this Offer of Judgment. An offer not accepted within the specified period for acceptance will be deemed withdrawn.

Dated: New York, New York  
_____, 20\_\_

*Respectfully submitted,*

**Stephen D. Hans**  
Stephen D. Hans & Associates, P.C.  
30-30 Northern Boulevard  
Suite 401  
Long Island City, NY 11101  
718-275-6700  
Email: shans@hansassociates.com  
*Attorneys for Defendants*