**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

SALOMON FLORES, *individually and on behalf of others similarly situated*,

        Plaintiff,

-against-

JENNIFER ALAN RAM LTD (D/B/A JENNY'S MARKETPLACE), MICHAEL SIMS and MAIZ DOE

        Defendants,
-----------------------------------------------------------------X

Civil Action No. **1:20-cv-06420-VSB**

**[Proposed Form Of]**
**JUDGMENT**

## JUDGMENT

On September __, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff SALOMON FLORES, has a judgment against JENNIFER ALAN RAM LTD (D/B/A JENNY'S MARKETPLACE), MICHAEL SIMS and MAIZ DOE (collectively "Defendants"), jointly and severally, in the amount of $10,000, (Ten Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: _____, 2021

                                                          _____
                                                          District Judge Hon. Vernon S. Broderick