UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SALOMON FLORES,

           Plaintiff,

-against-

JENNIFER ALAN RAM LTD (D/B/A JENNY'S MARKETPLACE), MICHAEL SIMS and MAIZ DOE

           Defendants,
-----------------------------------------------------------------X

Civil Action No. **1:20-cv-06420-VSB**

**JUDGMENT**

On September 21, 2021, Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff SALOMON FLORES, has a judgment against JENNIFER ALAN RAM LTD (D/B/A JENNY'S MARKETPLACE), MICHAEL SIMS and MAIZ DOE (collectively "Defendants"), jointly and severally, in the amount of $10,000, (Ten Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: September 22, 2021

_____
District Judge Hon. Vernon S. Broderick